# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| REGIONS EQUIPMENT FINANCE CORPORATION, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:10-CV-00215 |
| v. | § § | |
| THE AT 2400 OFFICIAL NUMBER 530775, *et al.*, | § § § § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), the District Court referred a post-judgment discovery dispute to the undersigned United States Magistrate judge for consideration. *See Order of Referral* (doc. #217). On September 18, 2018, Judge Giblin entered his report and recommendation (doc. # 220) recommending that the District Court grant the plaintiff's motion for reasonable expenses, including attorneys' fees. To date, the parties have not filed objections to the report. Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court conducted a *de novo* review of the magistrate judge's report and the record in this cause. The Court agrees with the Magistrate Judge's findings and conclusions and adopts Judge Giblin's report as the findings and conclusions of the Court.

The Court therefore **ORDERS** that Judge Giblin's Report and Recommendation (doc. #220) is **ADOPTED** and further **ORDERS** the non-responsive defendant, The AT 2400 Official Number 530775, to pay plaintiff reasonable expenses in the total amount of **$1,179.90**.

**So ORDERED and SIGNED this 4th day of October, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE